# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOE DON DEMONTINEY, <br><br> Defendant. | Case No. CR 18-80-GF-BMM <br><br> **ORDER AMENDING JUDGMENT** |

Defendant Joe Don Demontiney having filed an Unopposed Motion to Amend the Judgment, and there being no objection from the Government;

IT IS HEREBY ORDERED that the Judgment, (Doc. 38), is amended to read, "The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 12 months and 1 day. This term shall run concurrently with the undischarged sentence in Hill County, Montana, Cause Number DC-15-116. The defendant shall receive credit for 234 days of custody."

DATED this 28th day of June, 2019.

_Brian Morris_
Brian Morris
United States District Court Judge