IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOE DON DEMONTINEY,<br><br>Defendant. | CR 18-80-GF-BMM-JTJ<br><br>**FINDINGS AND RECOMMENDATIONS** |

## I. Synopsis

Defendant Joe Don Demontiney (Demontiney) has been accused of violating the conditions of his supervised release. Demontiney admitted all of the alleged violations. Demontiney's supervised release should be revoked. Demontiney should be placed in custody for 18 months, with no supervised release to follow. Demontiney should receive credit for time served since December 1, 2021. Demontiney should serve his term of custody at the Bureau of Prisons' facility in Sheridan, Oregon.

## II. Status

Demontiney pleaded guilty to being a Prohibited Person in Possession of a Firearm on January 29, 2019. (Doc. 33). The Court sentenced Demontiney to

12 months and 1 day of custody, followed by 3 years of supervised release. (Doc. 38). Demontiney's current term of supervised release began on June 3, 2021. (Doc. 73 at 2).

**Petition**

The United States Probation Office filed a Petition on October 20, 2021, requesting that the Court revoke Demontiney's supervised release. (Doc. 73). The Petition alleged that Demontiney had violated the conditions of his supervised release: 1) by failing to report for substance abuse testing and by failing to provide a valid urine sample; 2) by leaving the State of Montana without obtaining the prior approval of his probation officer; 3) by possessing methamphetamine; 4) by possessing a firearm; and 5) by committing another crime.

**Initial appearance**

Demontiney appeared before the undersigned for his initial appearance on December 28, 2021. Demontiney was represented by counsel. Demontiney stated that he had read the petition and that he understood the allegations. Demontiney waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on December 28, 2021.

Demontiney admitted that he had violated the conditions of his supervised release: 1) by failing to report for substance abuse testing and by failing to provide a valid urine sample; 2) by leaving the State of Montana without obtaining the prior approval of his probation officer; 3) by possessing methamphetamine; 4) by possessing a firearm; and 5) by committing another crime. The violations are serious and warrant revocation of Demontiney's supervised release.

Demontiney's violations are Grade A violations. Demontiney's criminal history category is III. Demontiney's underlying offense is a Class C felony. Demontiney could be incarcerated for up to 24 months. Demontiney could be ordered to remain on supervised release for up to 34 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 18 to 24 months.

### III. Analysis

Demontiney's supervised release should be revoked. Demontiney should be placed in custody for 18 months, with no supervised release to follow. This sentence is sufficient but not greater than necessary. Demontiney should receive credit for time served since December 1, 2021. Demontiney should serve his term of custody at the Bureau of Prisons' facility in Sheridan, Oregon.

## IV. Conclusion

The Court informed Demontiney that the above sentence would be recommended to United States District Judge Brian Morris. The Court also informed Demontiney of his right to object to these Findings and Recommendations within 14 days of their issuance. The Court explained to Demontiney that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS:**

> That Joe Don Demontiney violated the conditions of his supervised release: by failing to report for substance abuse testing and by failing to provide a valid urine sample; by leaving the State of Montana without obtaining the prior approval of his probation officer; by possessing methamphetamine; by possessing a firearm; and by committing another crime.

The Court **RECOMMENDS:**

> That the District Court revoke Demontiney's supervised release and commit Demontiney to the custody of the United States Bureau of Prisons for 18 months, with no supervised release to follow. Demontiney should receive credit for time served since December 1, 2021. Demontiney should serve his term of custody at the Bureau of Prisons' facility in Sheridan, Oregon.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 29th day of December, 2021.

John Johnston
United States Magistrate Judge